# IN THE SUPREME COURT OF THE STATE OF NEVADA

DENNIS VINCENT STANTON,
Appellant/Cross-Respondent,
vs.
TWYLA MARIE STANTON,
Respondent/Cross-Appellant.

No. 78617

**FILED**

JUN 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

This is a pro se appeal and cross-appeal from a district court order granting a motion to set aside a decree of divorce, dismissing a joint petition for divorce, and awarding attorney fees. Review of the notice and amended notice of appeal reveals a jurisdictional defect. A tolling motion for reconsideration was timely filed in the district court on April 15, 2019. *See AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a motion for reconsideration is treated as a motion filed under NRCP 59(e) carrying tolling effect); NRCP 59(e) (establishing the time to file a motion to alter or amend); NRAP 4(a)(4) (tolling motions). To date, it does not appear that the district court has entered any order resolving the tolling motion. Accordingly, this court lacks jurisdiction to consider these appeals, *see* NRAP 4(a)(6), (allowing this court to dismiss an appeal as premature where it is filed before entry of an order disposing of a timely tolling motion), and

ORDERS these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Robert W. Lane, District Judge
Dennis Vincent Stanton
Twyla Marie Stanton
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A